UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL NEGRON, KRISTIN DAWSON,
STEVEN WHALEY, YOLANDA MATOS, and
DAVID CONDE,

                     Plaintiffs,

-v-

THE CITY OF NEW YORK and P.O. JOHN
DOES 1-5,

                     Defendants.

No. 09 Civ. 2128 (RJS)
ORDER

DOCUMENT ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/09

RICHARD J. SULLIVAN, District Judge:

    A status conference in the above-captioned matter is currently scheduled for November 5, 2009 at 9:30 a.m.. Due to a trial-related scheduling conflict, the conference is hereby rescheduled for thirty minutes earlier: November 5, 2009 at 9:00 a.m.

SO ORDERED.

Dated:      October 20, 2009
              New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE